STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310)452-3200

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PEOPLE OF CITY OF LOS ANGELES WHO ARE UN-HOUSED, AS A CLASS REPRESENTED BY C. FINLEY, *etc.*,<br><br>Plaintiff,<br><br>vs.<br><br>GAVIN CHRISTOPHER NEWSOM, *et al.*,<br><br>Defendants. | 2:22-cv-0484-DOC(KESx)<br><br>PLAINTIFF'S RESPONSE TO THE MALIBU DEFENDANTS' MOTION TO DISMISS<br><br>May 23, 2022<br>8:30 a.m.<br>Courtroom 9A<br><br>Hon. David O. Carter |

In response to the court's April 27, 2022 minute order, Doc. 18 (docketed on 04/28/22)) plaintiff no longer contends that officers of the State of California pose a threat to tow away her vehicle.

Respectfully submitted,

YAGMAN + REICHMANN, LLP

By: *[signature]*

STEPHEN YAGMAN

1