JS 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. 2:22-cv-00484-DOC-KES            Date: September 7, 2022

Title: C. FINLEY V. GAVIN CHRISTOPHER NEWSOM ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER DISMISSING COMPLAINT WITH PREJUDICE**

The Court previously granted Defendants' Motion to Dismiss, granting Plaintiff leave to amend by September 1, 2022. (Dkt. 26). Plaintiff has not filed an amendment. Accordingly, this case is **DISMISSED WITH PREJUDICE**.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                Initials of Deputy Clerk: kdu

CIVIL-GEN