Name/Address of Attorney or Pro Per
AORJAN DAMICO MOON
926 LA CANADA VERDUGO Road
Altadena CA 91001
Telephone (771) 215-8153

☐ FPD  ☒ Apptd  ☐ CJA  ☒ Pro Per

FILED
2026 FEB 11 AM 11:48
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
GSA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

AORJAN DAMICO MOON
Appellant / PLAINTIFF(S),
v.
DAVID ORMON CARTER ET. AL.
Appellee DEFENDANT(S).

CASE NUMBER: 2:20-cv-02291-

Motion and Affidavit for Leave to Appeal In Forma Pauperis:
☒ 28 U.S.C. 753(f)
☒ 28 U.S.C. 1915

GOVT EXEMPT § 6103

The undersigned AORJAN DAMICO MOON, a party in the within action, moves the Court under 28 USC § 1915 for authorization to prosecute an appeal without prepayment of fees and costs or security therefor, and for the preparation of a Court Reporter's transcript at government expense.

1. I believe I am entitled to redress, and the issues which I desire to present on my proposed appeal are the following:
   a. Motions for Congressional Hearing to Recuse ALL Judicial officers in U.S. Central District Court, 28 U.S.C. 144 Ca) et. seq.
   b. Assignment of criminal case No. for contempt hearings
   c. Motion to be added as first filed Plaintiff, Plaintiff-Defendant Intervenor, Amicus Curie participant Fed. R. 24, 19, ET. SEQ.

2. Because of my poverty I am unable to pay the costs of the proposed appeal proceeding or to give security therefor. I swear that the following responses are true. SNAP Recipient

   a. Are you presently employed? ☐ Yes ☒ No. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer. _____

   b. Have you received, within the past twelve months, any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other source? ☐ Yes ☒ No.
   If the answer is yes, describe each source of income and state the amount received from each during the past twelve months. N/A  N/A

c. Are you presently employed in prison? ☐ Yes ☒ No.

If yes, state the number of hours you work per week and the hourly rate of pay.

_____

d. Do you own any cash or do you have money in a checking or savings account? ☐ Yes ☒ No.

If the answer is yes, state the amount of money in each account separately as of six (6) months prior to the date of this affidavit. _____

_____

e. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? __N/A_____

_____

f. In what year did you last file an income tax return? __2010_____

_____

g. Approximately how much income did your last tax return reflect? __0_____

_____

h. List the persons who are dependent upon you for support and state your relationship to those persons.

__N/A_____

i. State monthly expenses, itemizing the major items. __1,000.00_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Party

__February 11, 2026_____
Date

_____
Signature of Attorney
(Disregard if filed in propria persona)

---

A-18 (04/10)   MOTION AND AFFIDAVIT FOR LEAVE APPEAL IN FORMA PAUPERIS   Page 2 of 2