LODGED

2026 FEB 17  PM 12: 00

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Adrian Damico Moon

PLAINTIFF(S)

v.

Mary Ann Murphy, et al;

DEFENDANT(S).

CASE NUMBER

CV20-2291-DOC(KES)

**NOTICE AND ORDER RE FILING BY
VEXATIOUS LITIGANT**

On _2/17/26_____, the Court received the attached

☐ Complaint ☒ Petition ☐ Notice of Removal, captioned _Request to proceed in forma pauperis, Civil cover sheet_

☐ other document(s), entitled _____

from _Adrian Moon_____, who was found by the Court on _9/29/22_____

in case number _CV20-2291-DOC(KES)_ to be a vexatious litigant and/or subject to the following restrictions on the filing of additional documents:

☒ A court order or written authorization from a judge must be obtained prior to the filing of document(s).

☐ Submission of document(s) for filing requires a Motion for Leave to File.

☐ Document(s) must be pre-screened by the Court before filing.

☐ Filing fee must be paid.

☐ No further filings are to be accepted in this case from the person named above or anyone acting on his or her behalf.

☐ Bond in the amount of $_____ must be posted in order to proceed.

☐ Other : _____

Pursuant to the terms of the order imposing filing restrictions, the attached document(s) will be forwarded to the
☐ assigned magistrate judge ☐ assigned district judge ☐ Chief Judge for review.

☐ IT IS HEREBY ORDERED that the document(s) presented:
  ☐ be filed in the above-captioned case.
  ☐ be filed in case number _____ .
  ☐ be filed as a new case.

*or*

☐ IT IS RECOMMENDED that the document(s) presented not be filed.  The Clerk is directed to forward this
recommendation to the appropriate district judge for review.

_____    _____
Date                                              United States Magistrate Judge

IT IS HEREBY ORDERED that the document(s) presented
 ☑ not be filed.
 ☐ be filed in the above-captioned case.
 ☐ be filed in case number _____ .
 ☐ be filed as a new case.

February 17, 2026          *David O. Carter*
_____    _____
Date                                              United States District Judge

CV-115 (04/2018)          **NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT**

ADRIAN DAMICO MOON  926 LA CANDA VERDUGO RD
Altadena CA 91001
(771) 215-8153
admoon172@gmail.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ADRIAN DAMICO MOON

_____

PLAINTIFF/PETITIONER

MARY ANN MURPHY

_____

DEFENDANT/RESPONDENT

CASE NUMBER

_____

EX PARTE APPLICATION EMERGENCY MOTION

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**

GOV'T EXEMPT § 1501 ET. SEQ.

I, ADRIAN DAMICO MOON _____ declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you currently employed?  ☐ Yes  ☒ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer: _____

   _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. 2008 _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

   | | | |
   |---|---|---|
   | Public benefits? | ☐ Yes | ☒ No |
   | Business, profession or form of self-employment? | ☐ Yes | ☒ No |
   | Rent payments, interest or dividends? | ☐ Yes | ☒ No |
   | Pensions, annuities or life insurance payments? | ☐ Yes | ☒ No |
   | Gifts or inheritances? | ☐ Yes | ☒ No |
   | Any other income (other than listed above)? | ☐ Yes | ☒ No |
   | Loans? | ☐ Yes | ☒ No |
   | Any other income (other than listed above)? | ☐ Yes | ☒ No |

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

   _____

   _____

3. Do you own any cash, or do you have money in a checking or savings account? (include any funds in prison accounts, if applicable)   ☐ Yes   ☒ No

If the answer is yes, identify each account and separately state the amount of money in each account for each of the *six (6) months* prior to the date of this declaration. _____

_____

_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☒ No

If you answer is yes, describe the property and state its approximate value: _____

_____

_____

5. In what year did you last file an Income Tax Return? 2018 _____

Approximately how much income did your last return reflect? _____

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____

_____

_____

7. Estimate your average monthly expenses below:

| | | | | |
|---|---|---|---|---|
| Housing | 1400.00 | | Credit Cards | |
| Transportation | | | Child Care | |
| Food | 500.00 | | Insurance | |
| Medical | | | Loans | |
| Utilities | | | Other | |

CALIFORNIA
_____
State

LOS ANGELES
_____
County (or City)

**I,** ADRIAN DAMICO MOON    **declare under penalty of perjury that the foregoing is true and correct.  Executed on:**

FEBRUARY 14, 2026
_____
Date

_____
Plaintiff (Signature)

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☒ )

ADRIAN DAMICO MOON

**DEFENDANTS** ( Check box if you are representing yourself ☒ )

MARY ANN MURPHUY

**(b) County of Residence of First Listed Plaintiff** LOS ANGELES
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant LOS ANGELES
*(IN U.S. PLAINTIFF CASES ONLY)*

2020 FEB 17

LOS ANGELES

BY

**(c) Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

PRO SE

**Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

PRO PER

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

| | |
|---|---|
| ☒ 1. U.S. Government Plaintiff | ☐ 3. Federal Question (U.S. Government Not a Party) |
| ☒ 2. U.S. Government Defendant | ☐ 4. Diversity (Indicate Citizenship of Parties in Item III) |

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

**IV. ORIGIN** (Place an X in one box only.)

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1. Original Proceeding | ☐ 2. Removed from State Court | ☐ 3. Remanded from Appellate Court | ☐ 4. Reinstated or Reopened | ☐ 5. Transferred from Another District (Specify) | ☐ 6. Multidistrict Litigation - Transfer | ☐ 8. Multidistrict Litigation - Direct File |

---

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ 7 BILLION DOLLARS

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
ANTI-STALKING ( T.R.O. ) RESTRIAING ORDER

---

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 376 Qui Tam (31 USC 3729(a)) | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 400 State Reapportionment | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 835 Patent - Abbreviated New Drug Application |
| ☐ 410 Antitrust | ☐ 140 Negotiable Instrument | **TORTS** | | ☐ 530 General | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **TORTS** | ☐ 535 Death Penalty | ☐ 880 Defend Trade Secrets Act of 2016 (DTSA) |
| ☐ 450 Commerce/ICC Rates/Etc. | | ☐ 310 Airplane | **PERSONAL PROPERTY** | **Other:** | |
| ☐ 460 Deportation | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 370 Other Fraud | ☐ 540 Mandamus/Other | **SOCIAL SECURITY** |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 371 Truth in Lending | ☐ 550 Civil Rights | ☐ 861 HIA (1395ff) |
| ☐ 480 Consumer Credit | | ☐ 330 Fed. Employers' Liability | ☐ 380 Other Personal Property Damage | ☐ 555 Prison Condition | ☐ 862 Black Lung (923) |
| ☐ 485 Telephone Consumer Protection Act | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | ☐ 385 Property Damage Product Liability | ☐ 560 Civil Detainee Conditions of Confinement | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 490 Cable/Sat TV | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | **BANKRUPTCY** | **FORFEITURE/PENALTY** | ☐ 864 SSID Title XVI |
| ☐ 850 Securities/Commodities/Exchange | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 865 RSI (405 (g)) |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | ☐ 690 Other | **FEDERAL TAX SUITS** |
| ☐ 891 Agricultural Acts | ☐ 196 Franchise | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | **LABOR** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 440 Other Civil Rights | ☐ 710 Fair Labor Standards Act | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 895 Freedom of Info. Act | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 441 Voting | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 896 Arbitration | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 442 Employment | ☐ 740 Railway Labor Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | | | ☐ 445 American with Disabilities-Employment | ☐ 790 Other Labor Litigation | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 791 Employee Ret. Inc. Security Act | |
| | | | ☐ 448 Education | | |

---

**FOR OFFICE USE ONLY:** Case Number:

| CV-71 (06/24) | CIVIL COVER SHEET | Page 1 of 3 |
|---|---|---|

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

CIVIL COVER SHEET

**VIII.  VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned.  This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A:  Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes  ☒ No<br><br>If "no, " skip to Question B.  If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | ☐  Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐  Orange | Southern |
| | ☐  Riverside or San Bernardino | Eastern |

| QUESTION B:  Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?<br><br>☐ Yes  ☒ No<br><br>If "no," skip to Question C.  If "yes," answer Question B.1, at right. | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | ☐ YES.  Your case will initially be assigned to the Southern Division.  Enter "Southern" in response to Question E, below, and continue from there. |
| | | ☐ NO.  Continue to Question B.2. |
| | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties?  (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | ☐ YES.  Your case will initially be assigned to the Eastern Division.  Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO.  Your case will initially be assigned to the Western Division.  Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C:  Is the United States, or one of its agencies or employees, a DEFENDANT in this action?<br><br>☒ Yes  ☐ No<br><br>If "no," skip to Question D.  If "yes," answer Question C.1, at right. | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | ☐ YES.  Your case will initially be assigned to the Southern Division.  Enter "Southern" in response to Question E, below, and continue from there. |
| | | ☒ NO.  Continue to Question C.2. |
| | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties?  (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | ☐ YES.  Your case will initially be assigned to the Eastern Division.  Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☒ NO.  Your case will initially be assigned to the Western Division.  Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | **A.**<br>Orange County | **B.**<br>Riverside or San Bernardino County | **C.**<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside.  (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside.  (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |

| **D.1.  Is there at least one answer in Column A?** | **D.2.  Is there at least one answer in Column B?** |
|---|---|
| ☐ Yes  ☒ No<br><br>If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E,  below, and continue from there.<br>If "no," go to question D2 to the right.  ➡ | ☐ Yes  ☒ No<br><br>If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E,  below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below.  ⬇ |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above:  ➡ | CACD ▼ |

| QUESTION F: Northern Counties? | |
|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes  ☒ No |

**IX(a). IDENTICAL CASES**: Has this action been previously filed **in this court**?  ☐ NO  ☒ YES

If yes, list case number(s):  2:20-CV-02291-DOC

**IX(b). RELATED CASES**:  Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court**?  ☐ NO  ☒ YES

If yes, list case number(s):  2:20-CV-02291

**If yes, you must file a Notice of Related Cases.  See Local Rule 83-1.3.**

**Civil cases** are related when they (check all that apply):

☒  A.  Arise from the same or a closely related transaction, happening, or event;

☒  B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☒  C.  For other reasons would entail substantial duplication of labor if heard by different judges.

Note:  That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐  A.  Arise from the same or a closely related transaction, happening, or event;

☐  B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐  C.  Involve one or more defendants from the criminal case in common and would entail substantial duplication of
labor if heard by different judges.

**X. STATEWIDE OR NATIONWIDE RELIEF**:  Does this case seek to bar or mandate enforcement of a state or federal law and seek declaratory
or injunctive relief on a statewide or nationwide basis?  ☐ NO  ☒ YES

**If yes, see Local Rule 83-11 for additional requirements.**

**XI. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):**  _____  DATE: _February 14, 2026_

**Notice to Counsel/Parties:**  The submission of this Civil Cover Sheet is required by Local Rule 3-1.  This Form CV-71 and the information contained herein
neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  For
more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended.  Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

# FROM DA KINGDOM OF Adrian 'daredeemer '

## By Proclamation And Decree Under Da Blood of Yeshua Jesus Christ da Messiah...

1 Adrian Damico Moon,GBN#Chosen one

611 Pennsylvania Ave, SE #310

2 Washington D.C. 20003

926 La Canada Verdugo Road, Altadena CA 91001

3 Cell (771) 215-8153  admoon172@gmail.com

4 Attorney For Petitioner In Pro se

5

6 **UNITED STATES DISTRICT COURT**

**CIVIL AND CRIMINAL DIVISIONS**

7 **IN DA CENTRAL DISTRICT OF CALIFORNIA**

8

9 **ADRIAN DAMICO MOON,**            )    Case No. _____

10                                   )    Lead Identical Pending Related Case:

          Petitioner,               )

11                                   )    U.S.A./ SATAN et.al. vs MOON, 2023 CCC

    **vs.**                         )    0025, Superior Court , D.C., BA332095 ;

12                                   )    BA362256, BC340942 , 20STCP04250,Superior

                                    )    Court, L.A. ;

13                                   )

14 **MARY ANN MURPHY, a.k.a. 'typhoid**  )    **PETITION FOR ANTI-STALKING**

**mary' ,**                         )    **TEMPORARY RESTRAINING**

15                                   )    **(T.R.O.)  AGAINST MOB BOSS OF**

                                    )    **SATAN'S GOVERNMENT MARY**

          Respondent,              )    **ANN MURPHY a,k,a, 'typhoid mary'**

16                                   )    **PURSUANT TO FEDERAL RULE**

                                    )    **CIVIL PROCEDURE 65 (b) (1-4) ET.**

17                                   )    **SEQ. ; California Code Civil Procedure**

                                    )    **527..6; 527.8 ; D.C. CODE SECTIONS**

18                                   )    **22-3131 THROUGH 22-3135 ; 18 U.S.C.**

                                    )    **2261(A) ET. SEQ.**

19                                   )

20       **" JUDGMENT IS COMING "**     )

                                    )

21       **# $7,000,000,000.00**        )

                                    )

22                                    )    **COVID-19: HOST, HOAX, OR HOLY SPIRIT**

                                    )

23 ────────────────────────────────────

## PETITION

24

25 **I AM ADRIAN DAMICO MOON,** ( hereinafter, 'daredeemer') Petitioner, Attorney In

26 Pro Se, Israelite, Chosen one , begotten Son of da Almighty Creator Sovereignty of da

27 Universe in da mighty names of Yahawshi, Yeshua , Jesus Christ da Messiah... paragon,

28 with integrity, and veracity proclaim and decree as follows,

### PREFACE

'" DEFENDANT AND RECUSED JUDICIAL OFFICER MOB BOSS MARY ANN MURPHY, a.k.a. 'typhoid mary' IN CASE ENTITLED MOON VS. CADE ET. AL. CASE NO. BC340942 FILED ON OCTOBER 5, 2025 CLOSED ON MARCH 14, 2023 PROFESSED AND CONFESSED 'bull dyke' ISSUED A PRE-FILING ORDER AGAINST 'daredeemer' ON APRIL 1, 2008 , AMENDED ON JUNE 6, 2008 AND SEPTEMBER 30, 2008  TO PROTECT HER LOVERS JILL CHRISTIE BODDIE , WARREN CADE AND TULIKKA CEE "

## RESPONDENT MARY ANN MURPHY:

1. On February 10, 2026, Respondent Mob Boss Mary Ann Murphy directed her underlings David Ormon Carter, Tanya Sue Chutkan, Jill Christie Boddie, Indira Talwani, Anna Elizabeth Blackburne -rigsby  to not allow 'daredeemer' to Vacate, Set-Aside, and Strike da Pre-filing order of September 20, 2022, see, read , understand, and consider case entitled L.A. ALLIANCE HUE-MAN RIGHTS et. al. vs. City and County of Los Angeles et. al. case no 2:20-cv-02291-DOC, docket # 1152 through 1169 et. seq. and Petition For Anti-Stalking Temporary Restraining Order ( t.r.o. ) against David Ormon Carter, Anna Elizabeth Blackburne-rigsby , Jill Christie Boddie, Tanya Sue Chutkan, Indira Talwani, as Motions A, B, C, D, incorporated by this reference.   Which caused 'daredeemer' to fear for his life , remain homeless, suffer emotional stress of losing property in Altadena and Palisades, California  actual cost and damages of $7,000,000,000.00.

2. On April 5, 2005, in case Moon vs. Cade et. al BC340945, Superior Court, Los Angeles, Defendant Mary Ann Murphy, after being served with a timely and proper C.C.P. 170.6 from both da Plaintiff and Defendant sides in da case failed to recuse herself. Respondent Murphy, Warren Cade, and Jill Christie Boddie were engaged in a triangle Homosexual illegal relationship, Then Respondent Murphy in retaliation filed a pre-filing order against 'daredeemer' to protect her lovers Cade and Boddie which stands to date !

3. Since March 31, 2023 to present Respondent Jill Christie Boddie, a.k.a. 'Killer'

, with evil, vicious, heinous , Hamas Domestic Terrorism criminally conspired with co-defendants Mob Boss Anna Elizabeth Blackburne-rigsby, Elizabeth Carroll Wingo, Jason Lavey, Julio Castillo, Sherman Williams, Roquisha Wilson-Jefferson, Corrine Ann Beckwith, Court of Appeal, D.C., Tanya Sue Chut Ann Murphy, Patricia Donahue, Sarah Steilberger, Tulikka Cee, Kimberly Sheree Knowles, John J. Sample , Thomas Healy, Dante Owens, specifically, and Satan, ROES / DOES 1-350 inclusively , generally traveled to kill, steal, and destroy 'daredeemer'.

4.  On March 31, 2023, Mob Boss Anna Blackburne-rigsby and her underlings directed da Metropolitan D.C. Police Department falsely arrest 'daredeemer' for da charges of Kidnaping, Assault , Grand Theft, Vandalism , Attempted Murder which 'daredeemer' feared for his safety , felt seriously alarmed and disturbed , and suffer emotional distress. See, read, understand, and consider attached Motion A ( ) Arrest Document  incorporated by this reference.

5.  On December 15, 2023, Defendant Corrine Ann Beckwith ( acting Chief Judge ) (202) 879-2728 recused Anna Elizabeth Blackburne-rigsby from cases 2023 CCC 0025 and all cases on Appeal ( 23-FM-0830 ; 23-CO-0863 ; 23-C0-0955; 24-C0-0495; 23-CO-0632, but filed to Vacate , Set-Aside and Strike all Defendant  Mob Boss Anna Elizabeth Blackburne-rigsby orders.  Which caused 'daredeemer' fear for his safety , seriously alarmed , disturbed and frightened and suffer emotional stress and actual damages of $7,000,000,000.00. See, read, understand, and consider attached Motion B ( ) order dated December 15, 2023) incorporated by this reference.

5.  On December 19, 2023, Respondent Murphy, Boddie , Blackburne-rigsby, Patricia Donahue , Steilberger with vicious, evil , heinous, Hamas Domestic Terrorism criminal conspired to abduct 'daredeemer' , kidnapped for Ransom to Satan's stronghold D.O.C. D.C. Jail until December 29, 2025.

6.  On April 10, 2023, Defendant Mob Boss Anna Elizabeth Blackburne-rigsby directed her underlings to destroy 'daredeemer's RESPONSE to Defendant Thomas

---

Healy's Motion to Withdraw as Appointed Counsel then Dismissed case no .24-CM-0495 see attached Motion C (  ) pages incorporated by this reference.

5.  On September 10, 2025, Recused Defendant Mob Boss Anna Elizabeth Blackburne-rigsby issued another illegal order. Terrorist threatening that 'daredeemer' shall be arrested if he was to enter into Court of Appeal, D.C. to file documents . 'daredeemer' has filed over Twenty (20) pleading through da email: emergencyfilings@dcappeal.gov and Recused Defendant Mob Boss Anna Elizabeth has not filed and docketed these pleading in contempt of his own illegal voidable order of September 10, 2025  see attached Motion B (  ) pages incorporated by this reference.

**Orders To Be Issued:**

6.  'daredeemer' request that da court issue a Temporary Anti-Stalking Restraining order against Respondent Mob Boss Mary Ann Murphy and set a hearing for a permanent Anti-Stalking Restraining .

7.  Order that Respondent Mary Ann Murphy, Vacate. Set-Aside , and Strike retroactively da pre-filing order dated April 1, 2028 in case Moon vs. Cade et. al. case no. BC340942.  And not make any contact with Petitioner except by way of a retained Lawyer.

8. Issue stay away orders of Respondent Mary Ann Murphy to stay away for Petitioner 's person at least 500 yards ; Home; Vehicle ; legal case especially cases whereby Adrian Damico Moon was, is , and to be a party to da action.

9.  Order that Respondent Mary Ann Murphy can voluntarily resign as Judicial officer in any Court of da United States of America in lieu of a scheduling of an Congressional Hearing with da United States Congress for investigation , indictment, impeachment and prosecution.

10.  'daredeemer' reserves da right to add evidence , and witnesses at da hearing for da Temporary Anti-Stalking Restraining Order Hearing .

12.  On February 10, 2026, Respondent Murphy and Defendant David Ormon Carter

---

1  with vicious, evil , heinous , Hamas Domestic Terrorism criminally conspired then

2  denied to hear 'daredeemer' s Ex parte Application to Vacate , Set-aside , and strike

3  Defendant Carter's pre-filing order of September 20, 2022.

4      13.  Respondent Mary Ann Murphy to undergo a full battery of Mental , Medical ,

5  Physical Health evaluations and Drug Use Testing before da hearing on da permanent

6  Anti-Stalking Restraining Order, forthwith.

7  'daredeemer' proclaim and decree under da penalty of sin that da foregoing is true and

8  correct so help ME God..

9  DATED : February 14, 2026          by: _____

10                                      KING Adrian 'daredeemer' Moon, Petitioner

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATTACHED

Motion A, B, C, D.

incorporated by reference

FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

]]
Adrian Damico Moon,GBN#Chosen one
611 Pennsylvania Ave, SE #310
Washington D.C. 20003
Cell (771) 215-8153  admoon172@gmail.com

Attorney For Petitioner In Pro se

## UNITED STATES DISTRICT COURT
## CIVIL AND CRIMINAL DIVISIONS
## IN DA DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADRIAN DAMICO MOON, an individual recipient of SNAP and suing in his official capacity as Czar of Homelessness and Anti-Semitic Reform <br><br> Plaintiff, <br><br> vs. <br><br> SATAN, a spiritual being, a.k.a. Lucifer da fallen Loser and Also being sued in his official capacity as Ruler of this World, **Donald John Trump**, a.k.a 'teflon don', an individual being sued as da President of da United States of America, **GAIL MACDONALD MARCHIONE,** an individual and being sued in her official capacityas courtroom clerk for Indira Talwani ,Judge , **SAVANNAH COOK,** an individual and being sued in her official capacity as Docket clerk for Indira Talwani,Judge, **BRIAN LAWRENCE SCHWALB,** an individual and being sued in his official capacity as Attorney General for District of Columbia , **INDIRA TALWANI,** an individual and being sued in her official capacity as employee of Satan Government, **UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS,** in her official capacity as U.S. Secretary of Agriculture ; **UNITEDD STATES OFFICE OF** | Case No. __1:25-CV-13165-IT__ <br><br> Lead Identical Pending Related Case: <br><br> Moon vs. Satan et.al case no. 1:25-CV-03988-TSC <br><br> **EX PARTE APPLICATION TO CORRECT DA CASE CAPTION TO DELETE DA IMPROPER ILEGALLY NAMED PLAINTIFFS THEN TO ADD DA PROPER SOLE PLANITFF ADRIAN DAMICO MOON AND TO AMEND PROPER DEFENDANTS** <br><br> [ To be heard Concurrently with All da other Pleadings and Motions filed by 'daredeemer'] <br><br> **Erroneously Assigned to Honorable Indira Talwani, District Judge** <br><br><br> **COVID-19: HOST, HOAX, OR HOLY SPIRIT** |

EX PARTE APPLICATION TO CORRECT CASE CAPTION AND TO DELETE ILLEGAL NAMED PLAINTIFF, THEN ADD SOLE PLAINTIFF ADRIAN DAMICO MOON AND AMEND DEFENDANTS ET. SEQ.  - 1

Motion A

FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

MANAGEMENT AND BUDGET;
RUSSELL VOUGHT. In his official
capacity as Director of da United States
office of Management and Budget;
UNITED STATES OF AMERICA,

Defendants,

" JUDGMENT IS COMING "
# $7,000,000,000.00

## DECLARATION OF ADRIAN DAMICO MOON
## MEMORANDUM OF POINTS AND AUTHORITIES

I AM ADRIAN DAMICO MOON, ( hereinafter, 'daredeemer') Sole Plaintiff , Attorney In Pro Se, Israelite, Chosen one , begotten Son of da Almighty Creator Sovereignty of da Universe in da mighty names of Yahawshi, Yeshua , Jesus Christ da Messiah... paragon, with integrity, and veracity proclaim and decree as follows,

1. 'daredeemer' in da sole plaintiff in case as a SNAP recipient of da District of Columbia . Defendants Kathryn Ann Barger-Liebrich, Janice Hahn and da other Board of Supervisors of Los Angeles County denied 'daredeemer's General Relief Money force 'daredeemer' to turn over $2700.00 in Food Stamps and stole approximately $3,000.00 dollars of accumulated General Relieve Funds because 'daredeemer' was being held hostage at Satan' stronghold D.O.C. D.C. Jail for da last two years !

2. All Lawyers for current purported Plaintiffs are not SNAP recipients but their clients are States or Politician of those respective states and are properly non-party and only can filed non-party applications like Rule 24 ( Intervenor or Amicus Briefs).  See, read , understand , and consider Doc. # 117 February 2, 2026 order of Defendant Talwani that should have been directed to them and not 'daredeemer'.

3. This Ex Parte Application shall be heard concurrently with all da other pending Motion filed by 'daredeemer' in da Court's possession.

DATED : February 14, 2026

EX PARTE APPLICATION TO CORRECT CASE CAPTION AND TO DELETE ILLEGAL NAMED PLAINTIFF, THEN ADD SOLE PLAINTIFF ADRIAN DAMICO MOON AND AMEND DEFENDANTS ET. SEQ.  - 2

# FROM DA KINGDOM OF Adrian 'daredeemer '

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon,GBN#Chosen one
611 Pennsylvania Ave, SE #310
Washington D.C. 20003
Cell (771) 215-8153  admoon172@gmail.com

Attorney For Petitioner In Pro se

## UNITED STATES DISTRICT COURT
## CIVIL AND CRIMINAL DIVISIONS
## IN DA DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADRIAN DAMICO MOON,** | Case No. _____ |
| Petitioner, | Lead Identical Pending Related Case: |
| **vs.** | U.S.A./ SATAN et.al. vs MOON, 2023 CCC 0025, Superior Court , D.C. |
| **ANNA ELIZABETH BLACKBURNE-RIGSBY,** | **PETITION FOR TEMPORARY RESTRAINING ( T.R.O. ) ANTI-STALKING ORDER AGAINST MOB BOSS ANNA ELIZABETH BLACKBURNE-RIGSBY PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 65 ; D.C. CODE SECTIONS 22-3131 THROUGH 22-3135 ; 18 U.S.C. 2261(A) ET. SEQ.** |
| Respondent, | |
| **" JUDGMENT IS COMING "** | |
| **# $7,000,000,000.00** | **COVID-19: HOST, HOAX, OR HOLY SPIRIT** |

## PETITION

**I AM ADRIAN DAMICO MOON,** ( hereinafter, 'daredeemer') Petitioner, Attorney In Pro Se, Israelite, Chosen one , begotten Son of da Almighty Creator Sovereignty of da Universe in da mighty names of Yahawshi, Yeshua , Jesus Christ da Messiah... paragon, with integrity, and veracity proclaim and decree as follows,

　　1.  Since March 31, 2023 to present  Respondent Mob Boss Anna Elizabeth Blackburne-rigsby, with evil, vicious, heinous , Hamas Domestic Terrorism criminally conspired with co-defendants Jill Christie Boddie, Elizabeth Carroll Wingo, Jason Lavey, Julio Castillo, Sherman Williams, Roquisha Wilson-Jefferson, Corrine Ann Beckwith, Court of Appeal, D.C., Tanya Sue Chutkan, Mary Ann Murphy, Patricia Donahue, Sarah

Motion B

# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under Da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon, GBN# Chosen one
611 Pennsylvania ave , SE #310
Washington, D.C. 20001
Cell ( 771) 215-8153  admoon172@gmail.com

## UNITED STATES DISTRICT COURT

## IN DA DISTRICT OF COUMBIA

| | |
|---|---|
| **ADRIAN DAMICO MOON,** | Case No. _____ |
| Petitioner, | **PETITON FOR TEMPORARY RESTRAINING (T.R.O.) ANTI-STALKING ORDER AGAINST TANYA SUE CHUTKAN PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 65 ; D.C. CODE SECTIONS 22-3131 THROUGH 35 ET. SEQ.** |
| **vs.** | |
| **TANYA SUE CHUTKAN,** | |
| Respondent, | |
| " JUDGMENT IS COMING " | |
| # $ 7,000,000,000.00 | **COVID-19: HOST, HOAX OR HOLY SPIRIT** |

## PETITION

## DECLARATION OF ADRIAN DAMICO MOON

## MEMORANDUM OF POINTS AND AUTHORITIES

**I AM ADRIAN DAMICO MOON,** ( hereinafter, 'daredeemer' ) Petitioner , Attorney In Pro Se, Chosen one, begotten Son of da Almighty Creator Sovereignty of da Universe in da mighty names of Yahawshi , Yeshua , Jesus Christ da Messiah... paragon , with integrity, veracity proclaim and decree as follows

1. Respondent Tanya Sue Chutkan with evil , vicious , heinous , Hamas Domestic Terrorism assigned herself to case Moon vs Satan et. al. case no. 1:25-cv-03988-TSC ( Judge Shopping ) in retaliation, due to da fact 'daredeemer' filed a Judicial Misconduct Criminal Complaint against Respondent Chutkan , case no. D.C. -23-90047 and Respondent Chutkan has being terrorizing 'daredeemer' ever since . see, read , understand and consider attached Motions 1 through 4 ( Evidence ) incorporated by this reference.

---

Motion C

FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under Da Blood of Yeshua Jesus Christ da Messiah...

2. On February 10, 2026, Respondent Chutkan stepped up her stalking and terrorist threats with vicious , evil , heinous , Hamas Domestic Terrorism when Respondent Chutkan criminally conspired with co-defendant Mob Boss David Ormon Carter to upset da legal flow of hearings on February 9, 10, 2026 . in violation of D.C. Code sections see, read , understand , and consider attached Motions 1 through 4 incorporated by this reference.

3. 'daredeemer' request that this court issue an Anti-Stalking ( t.r.o. ) against Respondent Tanya Sue Chutkan to stay away from Legal cases , no contact in any way ! stay away at least 500 yards, and turn-in all her weapons. Then set a hearing for a permanent Anti-Stalking Restraining Order.

'daredeemer' proclaim and decree under da penalty of Sin that da foregoing is true and correct so help ME God 111 AMEN AND AMEN

///

DATED : February 11, 2026          by: _____

KING Adrian 'daredeemer' Moon, Petitioner

# FROM DA KINGDOM OF Adrian 'daredeemer '

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon, GBN#Chosen one
611 Pennsylvania Ave, SE #310
Washington D.C. 20003
Cell (771) 215-8153  admoon172@gmail.com

Attorney For Petitioner In Pro se

**UNITED STATES DISTRICT COURT**
**CIVIL AND CRIMINAL DIVISIONS**
**IN DA DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ADRIAN DAMICO MOON,** <br><br> Petitioner, <br><br> **vs.** <br><br> **ANNA ELIZABETH BLACKBURNE-RIGSBY,** <br><br> Respondent, <br><br> " **JUDGMENT IS COMING** " <br><br> # $7,000,000,000.00 | Case No. _____ <br><br> Lead Identical Pending Related Case: <br><br> U.S.A./ SATAN et.al. vs MOON, 2023 CCC 0025, Superior Court , D.C. <br><br> **PETITION FOR TEMPORARY RESTRAINING ( T.R.O. ) ANTI-STALKING ORDER AGAINST JILL CHRISTIE BODDIE PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 65 ; D.C. CODE SECTIONS 22-3131 THROUGH 22-3135 ; 18 U.S.C. 2261(A) ET. SEQ.** <br><br> **COVID-19: HOST, HOAX, OR HOLY SPIRIT** |

## PETITION

**I AM ADRIAN DAMICO MOON,** ( hereinafter, 'daredeemer') Petitioner, Attorney In Pro Se, Israelite, Chosen one , begotten Son of da Almighty Creator Sovereignty of da Universe in da mighty names of Yahawshi, Yeshua , Jesus Christ da Messiah... paragon, with integrity, and veracity proclaim and decree as follows,

    1.  Since March 31, 2023 to present  Respondent Jill Christie Boddie, a.k.a. 'Killer' , with evil, vicious, heinous , Hamas Domestic Terrorism criminally conspired with co-defendants Mob Boss Anna Elizabeth Blackburne-rigsby, Elizabeth Carroll Wingo, Jason Lavey, Julio Castillo, Sherman Williams, Roquisha Wilson-Jefferson, Corrine Ann Beckwith, Court of Appeal, D.C., Tanya Sue Chutkan, Mary Ann Murphy, Patricia

Motion D

ADRIAN DAMICO MOON, GBN# Chosen one
926 La Canada Verdugo Road, Altadena Ca 91001
1500 6TH Street, NW Washington , D.C. 200
Cell (771) 215-8153  admoon172@gmail.com

## COURT OF APPEAL DISTRICT OF COLUMBIA

DAELYN ELIZABETH MOON, JILL CHRISTIE BODDIE,

      Appellees,

vs.

ADRIAN DAMICO MOON,

      Appellant,

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. ____25-FM-_____
Lead Case No. 23-FM-0830 ; 23-CO-0863 ; 23-CO-0955 ; 24-CM-0495 ; 25-CO-0632

Superior Court, D.C. Cases No.:

2023 CPO 1056
2023 CCC 0025

STIPULATION SETTLEMENT AGREEMENT ON CHILD SUPPORT ARREARAGES IN CASE BD481244 IN SUPERIOR COURT LOS ANGELES BETWEEN PARTIES ADRIAN DAMICO MOON AND JILL CHRISTIE BODDIE

## STIPULATION SETTLEMENT AGREEMENT

**Parties:**

1. ADRIAN DAMICO MOON, ( hereinafter, 'daredeemer' ) , Appellant, being represented by and through his Attorney of record, Adrian D. Moon in Pro Se,

2. JILL CHRISTIE BODDIE, ( hereinafter, 'Killer' ) , Appellee, being represent by and through her Lawyer of record, Chrisellen R. Kolb and Caroline Van Zile , U.S. D.O.J. or

_____

_____.

**Statement of Undisputed Facts:**

3. On or about May 22, 2024 in department 117, at da forced Bench Trial of Dis-Honorable Defendant Joseph Michael Francis Ryan III, recused, a.k.a. " Michael Ryan" with evil, vicious , heinou Hamas Terrorism , criminally conspired with Defendants Roseline Tonia Guest, John J. Sample and Jill Christie Boddie to actively participate , aided and abet in da crimes to include but not limited to Kidnapping for Ransom, Obstruction of Justice, Profit Racketeering , Attempted Murder , Extortion, Criminal Conspiracy… then not allowing 'killer' to testify on behave of 'daredeemer' to refute counts 2

Motion A (7) Pages

3, and 4. Which shall have exonerated 'daredeemer' of ALL these three counts... see, read, understand and consider Reporter's Transcripts on record on Appeal dates May 21 through May 23, 2024 attached and incorporated by this record.  The balance of approximate $180,00.00 shall have been Zeroed out back on October 10, 2010 without fail ...

**Whereas** ,  Defendants Joseph Michael Francis Ryan, III, John J. Sample, Thomas Healy, Jill Christie Boddie and Roseline Tonia Guest are currently fugitives under da Rule of Laws in da United States of America for refusing to turn themselves into da Custody of da Metropolitan D.C. Police Department and da Los Angeles County Sheriff Department.

**IT IS HEREBY AGREED AND STIPULATED BETWEEN da PARTIES ADRIAN DAMICO MOON, 'daredeemer' AND JILL CHRISTIE BODDIE, 'killer' THAT da CHILD SUPPORT ARREARAGES LIEN OF APPROXIATELY ONE HUNDRED AND EIGHTY THOUSAND DOLLARS  BE ZEROED OUT IMMEDIATELY OF CASE ENTITLED BODDIE VS MOON , CASE NO. BD481244 AND THAT DAELYN ELIZABETH MOON SHALL ALSO UNDERGO D.N.A. TESTING TO DETERMINE IF ADRIAN DAMICO MOON IS HER BIOLOGICAL FATHER    AMEN AND AMEN**

This Stipulation Settlement Agreement Can Be Signed And Filed Separately To da Courts By da Parties and their Attorney of Record

DATED:  August 9, 2025          by: _____

          **ADRIAN DAMICO MOON, 'daredeemer', Appellant**
          being represented by and through his Attorney of record,
          Adrian D. Moon in Pro Se 926 La Canada Verdugo Road,
          Altadena CA 91001,cell  (77) 215-8153 admoon172@gmail.com

DATED: August    , 2025          by: _____

          **JILL CHRISTIE BODDIE, 'killer', Appellee,**
          being represented by and through herself in Pro Se or
          Chrisellen R. Kolb, Chief of U.S. Attorney Office
          Appellate Division, 601 D Street , NW Washington
          D.C. 20004  ph. (202) 740-4809  chrisellen.r.kolb@usdoj.gov
          Or (202) 789-0477  caroline.vanzile@dc.gov

**FOR GOOD CAUSE SHOWING AND STIPULATED BY da PARTIES AND THEIR ATTORNEY OF RECORD , OR ON THIS COURTS OWN MOTION, IT IS SO ORDERED. DATED: AUGUST    , 2025**

          **HONORABLE ANNA BLACKBURNE-RIGSBY, Chief Judge COURT OF APPEAL DISTRICT OF COLUMBIA**

No. _____

_____

IN THE

SUPREME COURT OF THE UNITED STATES

_____

ADRIAN DAMIO MOON — PETITIONER
(Your Name)

VS.

SATAN ET. AL. ROES 1-350 — RESPONDENT(S)

### PROOF OF SERVICE

I, Adrian Damien Moon, do swear or declare that on this date, September 30, 2025, as required by Supreme Court Rule 29 I have served the enclosed MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* and PETITION FOR A WRIT OF CERTIORARI on each party to the above proceeding or that party's counsel, and on every other person required to be served, by depositing an envelope containing the above documents in the United States mail properly addressed to each of them and with first-class postage prepaid, or by delivery to a third-party commercial carrier for delivery within 3 calendar days.

The names and addresses of those served are as follows:
Pamela Bondi - U.S Attorney D.C.
Brian Hudak - Deputy U.S. Attorney
601 D Street, NW Washington D.C. 20004
(202) 252-7566
Brian.Hudak@usdoj.gov, Pamela.bondi@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2025

_____
(Signature)

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## DOMESTIC VIOLENCE DIVISION (202) 879-0157

ADRIAN DAMICO MOON , **Petitioner**

Your Name (If on behalf of minor child, write "[Your Name] OBO [Child's Name]")

4340 CONNECTICUT AVE                               [X] Substitute Address

Your Address (If confidential, request a Confidential Address Form)

WAHSINGTON , DC 20008

**CPO No:** _____

### vs.

JILL CHRISTIE BODDIE , **Respondent**

Name of Individual Against Whom You Are Filing

926 LA CANADA VERDUGO ROAD

Individual's Address

ALTADENA, CA 91001

## PETITION AND AFFIDAVIT FOR CIVIL PROTECTION ORDER

Pursuant to D.C. Code Section 16-1001 et seq.; Petitioner respectfully requests that the court issue a Civil Protection Order against Respondent. In support of this request, Petitioner states:

1. Petitioner is related to Respondent by:
   [ ] Blood; [ ] Adoption; [X] Legal Custody; [X] Marriage; [X] Having a Child in Common; [ ] Being the Child of an Intimate Partner; [X] Domestic Partnership; [ ] Sharing residence within this past year and maintaining close relationship; [ ] Sex trafficking of children; [ ] Sexual Assault; [ ] Trafficking in labor or commercial sex acts; [ ] Is, was, or is seeking to be in a Romantic/Dating/Sexual Relationship; [ ] Other (explain) _____

2. Do you reside, live, work or attend school in the District of Columbia? [X] Yes [ ] No

3. Did any incident described below occur in the District of Columbia? [X] Yes [ ] No

4. Respondent committed or threatened to commit an act punishable as a criminal offense against Petitioner within the meaning of D.C. Code Section 16-1001 et seq., by: *(Please describe any such acts, including physical assaults like hitting, punching, shoving or kicking; threats to do harm, or destruction of property).*

A. On or about __July 5__ 20 __25__ at approximately __10:30__ a.m./[X]p.m.,
   At (location): __WASHINGTON D.C.__
   Respondent __STOLE APPROXIATELY $600 FOR MY RETIREMENT BENEFITS STATING THAT I OWED HER CHILD SUPPORT ARREARAGES SEE CASE MOON VS. MOON  2023 CPO 1056  / 2023 CCC 0025__

B. On or about __August 13__ 20 __25__ at approximately __11:00__ a.m./[X]p.m.,
   At (location): __WASHINGTON D.C.__
   Respondent __CRIMINALLY CONSPIRED WITH CO-DEFENDANTS TO OBSTRUCT JUSTICE , ATTEMPTED MURDER,__

C. On or about _____ 20 _____ at approximately _____ a.m./p.m.,
   At (location): _____
   Respondent _____

D. On or about _____ 20 _____ at approximately _____ a.m./p.m.,
   At (location): _____
   Respondent _____

Generated online using forms provided by the DC Courts in conjunction with probono.net

ON THE BASIS OF THESE ALLEGATIONS, PETITIONER REQUESTS AN ORDER INCLUDING THE FOLLOWING RELIEF: (Check each form of relief you wish to be awarded by the court)

1.  ☒  Ordering Respondent not to commit or threaten to commit any crimes against me, my children, my animal(s), and    DAMICO LAMAR MOON

2.  ☒  Ordering Respondent to stay away from: ☒ my person; ☒ my work; ☒ my home; ☒ my vehicle
    ☐ my children's       ☐ my animal(s);       ☒ other places I
    school/daycare;       _____       frequent (describe): See Prohibited Places in Addendum

    ☐ other persons (names) _____

3.  ☒  Ordering Respondent not to contact me: ☒ by telephone; ☒ in writing; ☒ electronic or social media;
    ☒ in any other manner directly or indirectly through a third party.

4.  ☐  Awarding me temporary custody of the minor child(ren), named below.
       (state name and date of birth of each child AND bring birth certificates to court hearing)

    **IF YOU ARE SEEKING CUSTODY, PLEASE COMPLETE QUESTIONS 4a – 4e:**

    4a.  The children's current address is (You do not have to reveal this information if doing so will put you in danger):
         _____
         _____

    4b.  Over the past five years the children have lived at the following other addresses (if any):
         _____

    4c.  Names and addresses of the people the children have lived with during the past five years:
         _____

    4d.  Have you participated in or do you know of any *other court cases concerning custody* of these children?
         ☐ yes    ☐ no    If your answer is "yes" please indicate where the case(s) was/were filed:
         _____

    4e.  Do you know of any other person other than yourself and Respondent who claims to have custody of the children?
         ☐ yes    ☐ no    If "yes", who?    _____

5.  ☐  Awarding Respondent visitation with the child(ren) if Respondent shows that the child(ren) and I can be adequately protected from harm by the Respondent.

6.  ☐  Ordering Respondent to pay child support for the above minor children, in an amount in accordance with the D.C. Child Support Guideline, through the Court Registry.

    To the best of my knowledge, Respondent's annual gross income equals or exceeds $_____.
    (Bring any proof of your own AND respondent's income to the court hearing, including 2 recent pay stubs, tax returns for the past two years or a completed financial statement. Also, bring proof of any other child support orders that affect you or the Respondent).

2

**IF YOU ARE SEEKING CHILD SUPPORT, PLEASE COMPLETE QUESTIONS 6a – 6d:**

6a. Has a paternity and /or child support case already been filed regarding any of the above-listed children? ☐ yes ☐ no  If "yes", please indicate where the case was filed, the case number, and the outcome,        if any: _____

6b. Are you or your children currently receiving public assistance? ☐ yes ☐ no

6c. Is Respondent currently employed? ☐ yes ☐ no ☐ Don't Know

6d. Do any of the children have special costs? (*e.g., tuition, daycare, medical insurance, medical costs; please specify*) _____

7. ☒ Ordering Respondent to vacate my home, which:
☐ I rent/own by myself; ☒ we rent/own together; ☐ I rent/own with someone other than Respondent (*Bring lease/deed to court hearing*)

8. ☐ Ordering Respondent to provide me with financial assistance and/or spousal support to pay my rent/mortgage/bills or other expenses.

9. ☒ Awarding possession and use of the following jointly owned property to Petitioner:
926 LA CANADA VERDUGO ROAD ALTADENA CA 91001

10. ☐ Awarding ownership, possession, or control of the following animal(s):

11. ☐ Ordering Respondent to refrain from possessing, controlling, harming or threatening to harm, or otherwise disposing of my animal(s).

12. ☒ Ordering Respondent not to remove me and/or my children from their health insurance policy.

13. ☐ Ordering Respondent to reimburse me for medical costs, property damage, or other expenses I have incurred due to Respondent's actions (*Bring medical bills, receipts, invoices, or estimates to hearing*). Damaged property includes (*describe*): _____

14. ☒ Ordering Respondent to enroll in and complete an appropriate counseling program for:
☐ alcohol abuse; ☐ drug abuse; ☒ domestic violence; ☒ parenting; ☒ family violence ☐ other (*describe*): _____

15. ☒ Ordering the police to: ☒ stand by while Respondent vacates my home: ☒ make sure Respondent turns over my keys; ☒ accompany me and stand by while I recover my belongings from Respondent; ☒ assist me with service of process upon the Respondent.

16. ☒ Ordering Respondent to reimburse me for my attorney's fees and costs.

17. ☒ Other (*describe*): THAT THE PENDING CHILD SUPPORT ARREARAGES LIEN OF $180,000.00 BE ZEROED OUT IN CASE BODDIE-MOON VS MOON, CASE NO. BD481244, SUPERIOR COURT LOS ANGELES

18. ☒ Respondent's actions place the safety or welfare of myself, and/or animal(s) I own, possess, or control, in immediate danger and I request that the court grant me an emergency Temporary Protection Order today.

3

Created April 28, 2021

1  ADRIAN DAMICO MOON, GBN# Chosen one
   926 La Canada Verdugo Road, Altadena Ca 91001
2  1500 6TH Street, NW Washington , D.C. 200
   Cell (771) 215-8153  admoon172@gmail.com
3

4          COURT OF APPEAL DISTRICT OF COLUMBIA
5                          Case No   25-CM-0495

6  DAELYN ELIZABETH MOON, JILL        ) Case No.    25-FM-
   CHRISTIE BODDIE,                   ) Lead Case No. 23-FM-0830
7                                     )
           Appellees,                 ) Superior Court, D.C.  Cases No.:
8                                     )
   vs.                                ) 2023 CPO 1056
9                                     ) 2023 CCC 0025
   ADRIAN DAMICO MOON,                )
10                                    ) NOTICE TO MOB BOSS DEFENDANT
           Appellant,                 ) ANNA BLACKBURNE-RIGSBY , RECUSED
11                                    ) OF STIPULATION SETTLEMENT
                                      ) AGREEMENT ON CHILD SUPPORT
12                                    ) ARREARAGES IN CASE BD481244 IN
                                      ) SUPERIOR COURT LOS ANGELES
13

14      NOTICE IS HEREBY GIVEN TO MOB BOSS DEFENDANT ANNA BLACKBURNE-

15  RIGSBY, RECUSED OF STIPULATION SETTLEMENT AGREEMENT BETWEEN da

16  PARTIES ADRIAN DAMICO MOON AND JILL CHRISTIE BODDIE ON CHILD SUPPORT

17  ARREARAGES IN CASE BD481244 IN SUPERIOR COURT LOS ANGELES.

18

19  DATED: August 9, 2025

20                          KING Adrian 'daredeemer' Moon, Attorney In Pro S

21

22

23

24

25

26

27

28

Steilberger, Tulikka Cee, Kimberly Sheree Knowles, John J. Sample , Thomas Healy,
Dante Owens, specifically, and Satan, ROES / DOES 1-350 inclusively , generally
traveled to kill, steal, and destroy 'daredeemer'.

2.  On March 31, 2023, Mob Boss Anna Blackburne-rigsby and her underlings
directed da Metropolitan D.C. Police Department falsely arrest 'daredeemer' for da
charges of Kidnaping , Assault , Grand Theft, Vandalism , Attempted Murder which
'daredeemer' feared for his safety , felt seriously alarmed and disturbed , and suffer
emotional distress. See, read, understand , and consider attached Motion A ( Arrest
Document ) incorporated by this reference.

3.  On December 15, 2023, Defendant Corrine Ann Beckwith ( acting Chief Judge )
(202) 879-2728 recused Anna Elizabeth Blackburne-rigsby from cases 2023 CCC 0025
and all cases on Appeal ( 23-FM-0830 ; 23-CO-0863 ; 23-C0-0955; 24-C0-0495; 23-CO-
0632, but filed to Vacate , Set-Aside and Strike all Defendant  Mob Boss Anna Elizabeth
Blackburne-rigsby orders.  Which caused 'daredeemer' fear for his safety , seriously
alarmed , disturbed and frightened and suffer emotional stress and actual damages of
$7,000,000,000.00. See, read, understand, and consider attached Motion B ( order dated
December 15, 2023) incorporated by this reference.

4.  On April 10, 2023, Defendant Mob Boss Anna Elizabeth Blackburne-rigsby
directed her underlings to destroy 'daredeemer's RESPONSE to Defendant Thomas
Healy's Motion to Withdraw as Appointed Counsel then Dismissed case no .24-CM-0495
see attached Motion C (  ) pages incorporated by this reference.

5.  On September 10, 2025, Recused Defendant Mob Boss Anna Elizabeth
Blackburne-rigsby issued another illegal order. Terrorist threatening that 'daredeemer'
shall be arrested if he was to enter into Court of Appeal, D.C. to file documents .
'daredeemer' has filed over Twenty (20) pleading through da email:
emergencyfilings@dcappeal.gov and Recused Defendant Mob Boss Anna Elizabeth has
not filed and docketed these pleading in contempt of his own illegal voidable order of
September 10, 2025  see attached Motion D (  ) pages incorporated by this reference.

**Orders to be issued"**

6. 'daredeemer' request that da court issue a Temporary Anti-Stalking Restraining order against Respondent Anna Elizabeth Blackburne-rigsby and set a hearing for a permanent Anti-Stalking Restraining .

7. Order that Respondent Blackburne-Rigsby not make any contact with Petitioner except by way of a retained Lawyer.

8. Issue stay away orders of Respondent Blackburne-Rigsby to stay away for Petitioner 's person at least 500 yards ; Home; Vehicle ; legal case especially cases on Appeal in da Court of Appeals, D.C.

9. Order that Respondent Blackburne-rigsby can voluntarily resign a Chief Judge.

10. that all pleadings emailed by 'daredeemer' to : emergencyfilings@dccappeals.gov From email: admoon172@gmail.com be filed and docketed immediately into case entitled  In re: Adrian Damico Moon, cases no. 25-CO-0632 ; 24-CO-0495 in da Court of Appeal , D.C.

11. 'daredeemer' reserves da right to add evidence , and witnesses at da hearing for da Temporary Anti-Stalking Restraining Order Hearing .

'daredeemer' proclaim and decree under da penalty of sin that da foregoing is true and correct so help ME God..

DATED February 14, 2026            by: _____

KING Adrian 'daredeemer' Moon, Petitioner



**District of Columbia**
**Court of Appeals**

FILED
DEC 15 2023
DISTRICT OF COLUMBIA
COURT OF APPEALS

No. 23-CO-0863

IN RE: ADRIAN DAMICO MOON,
                    Appellant.          2023-CCC-000025

## O R D E R

On consideration of this court's November 2, 2023, order directing appellant to show cause why this appeal should not be dismissed for having been taken from non-final, non-appealable orders of the Superior Court and for having been prematurely filed, appellant's second motion to extend time to respond, and appellant's motion to recuse, it is

ORDERED that appellant's motion for recusal of Chief Judge Blackburn-Rigsby is granted.  It is

FURTHER ORDERED that appellant's motion to extend time is granted to the extent that appellant's response to this court's November 2, 2023, order shall be filed no later than December 20, 2023.

BY THE COURT:

CORINNE BECKWITH
Acting Chief Judge

Copy mailed to:                    Copy e-served to:

Adrian Damico Moon                 Caroline Van Zile, Esquire
DC General Delivery                Solicitor General - DC
Washington, DC 20090
adriandaredeemer@gmail.com

cml

# District of Columbia
# Court of Appeals



FILED

SEP 10 2025

DISTRICT OF COLUMBIA
COURT OF APPEALS

No. 25-CO-0632

IN RE ADRIAN DAMICO MOON,

Appellant.                                   2023-CCC-000025

## ORDER

On further consideration of this court's order dated March 7, 2025, stating that: (1) since Adrian Damico Moon has counsel in appeal no. 24-CM-0495 the court will not accept for filing any documents submitted by him in that case, (2) Adrian Damico Moon is barred from entering the District of Columbia Court of Appeals, since it appearing that during a telephone conversation with an employee of this court's Public Office, on March 3, 2025, he threatened to do bodily harm to said employee, and (3) that the March 7, 2025, barring order shall remain in effect until further order of the court, it is

ORDERED that since Adrian Damico Moon is barred from entering the District of Columbia Court of Appeals, the court will accept for filing any documents that he submits by email at the following email address: emergencyfilings@dcappeals.gov.

BY THE COURT

ANNA BLACKBURNE-RIGSBY
Chief Judge



1  Adrian Damico Moon, GBN # 310
2  611 Pennsylvania ave, SE #310
   Washington, D.C. 20003
3  Cell ( 771-215-8153  admoon172@gmail.com

4  Attorney For Cross-Plaintiff and Appellant In Pro Se

5              COURT OF APPEAL DISTRICT OF COLUMBIA

6                430 E Street NW, Washington D.C. 20001

7

8  In re : ADRIAN DAMICO MOON,            )  Case No.  25-CO-0632
                                          )
9                                         )  Lead C.O.A. Case Nos.  23-FM-0830
                                          )                        23-CO-0863
10              Appellant,                )                        23-CO-0955
                                          )                        24-CM-0495
11                                        )
                                          )  Superior Case Nos.  2023 CPO 1056
12                                        )                      2023 CCC 0025
                                          )
13                                        )  NOTICE TO MOB BOSS ANNA ELIZABETH
                                          )  BLACKBURNE-RIGSBY AND
14                                        )  UNDERLINGS EX ATTORNEY THOMAS
                                          )  HEALY, CHRISELLEN R. KOLB, AND
15                                        )  CAROLINE VAN ZILE TO PREPARE A
                                          )  STIPULATION AGREEMENT TO 1.
16                                        )  PROCESS  NOTICE OF CIVIL APPEAL
                                          )  FILED ON APRIL 8, 2025 WITH DA
17                                        )  SUPERIOR COURT , D.C. DOMESTIC
                                          )  VIOLENCE CLERKS OFFICE , RITA
18                                        )  BLANDINO -DIRECTOR FOR A NEW
                                          )  APPEAL CASE NUMBER -25-FM-        , 2.
19                                        )  TO VACATE, SET-ASIDE, AND STRIKE
                                          )  ORDER OF JULIET JOANN MCKENNA
20                                        )  DATED MARCH 25, 2025 IN CASE NO. 2023
                                          )  CPO 1056, DISMISSAL WITH PREJUDICE
21                                        )  3.  VACATE , SET-ASIDE, AND STRIKE
                                          )  ORDER  AND SENCTENCE OF JOSEPH
22                                        )  MICHAEL FRANCIS RYAN III , a.k.a.
                                          )  MICHEAL RYAN DATED MARCH 23, 2024,
23                                        )  DISMISSAL WITH PREJUDICE.  4.
                                          )  PROCESS DA CROSS-PETITON AGAINST
24                                        )  JILL CHRISTIE BODDIE, EX WIFE FILED
                                          )  SEVERAL TIMES WITH DA DOMESTIC
25                                        )  VIOLENCE CLERK OFFICE, RITA
                                          )  BLANDINO-DIRECTOR...
26                                        )
                                          )  COVID-19: HOST, HOAX, OR HOLY SPIRIT
27                                        )
                                          )
28                                        )

TO EX LAWYER THOMAS HEALY , CHRISELLEN R. KOLB AND CAROLINE VAN ZILE:

NOTICE TO EX LAWYER THOMAS HEALY , CHRISELLEN R. KOLB AND CAROLINE VAN ZILE TO PREPARE A
STIPULATION SETTLEMENT AGREEMENT TO RESOLVE FOUR ISSUES... - 1

Motion c (3) pages

1  **NOTICE IS HEREBY GIVEN** that YOU three are to prepare a Stipulation Settlement Agreement

2  Between Adrian Damico Moon, 'daredeemer' and  Rita Blandino-Director of Domestic Violence

3  Division , Juliet Joann McKenna, recused Judge in case Moon vs. Moon, case no. 2023 CPO 1056 and

4  Joseph Michael Francis Ryan III, a.k.a. Michael  Ryan, recused Judge in case : U..S.A./ Satan et. al.

5  Roes 1- 350 Inclusively, case no. 2023 CCC 0025 to Stipulate Agreement to 1. Process da Notice of

6  Civil Appeal filed on April 8, 2025 in da Domestic Violence Clerk office. 2. Vacate, Set-aside, and

7  Strike, with Prejudice order dated March 25, 2025 in case Moon vs. Moon, case no. 2023 CPO 1056

8  3. Vacate, Set-aside, and Strike, with Prejudice  orders dated May 21-23, 2024 ( Bench Trial Conviction

9  and Sentencing ).    4  Process da Cross-Petition Civil Protective order (T.R.O. )  against Jill Christie

10  Boddie, ex wife filed several times with da Domestic Violence Clerks office .

11    As **Mob Boss** Anna Elizabeth Blackburne-rigsby and her underlings Julio Castillo, Jason Lavey,

12  Roquisha Wilson and Sherman Williams have **NOT FILED AND DOCKETED**   a single Notice or

13  Motion received filed by 'daredeemer' through da ordered email address of

14  emergencyfilings@dcappeals.gov  .  and won't appoint a Counsel to represent 'daredeemer' in da instant

15  criminal appeal, and won't process da Notice of Civil appeal, whereby allowing 'daredeemer' to

16  represent himself !    That "DAMNED FOOL"  Blackburne-rigsby contacted Scott Harris , Clerk of da

17  Court for da United States Supreme Court and directed Mr. Harris to destroy 'daredeemer's Writ of

18  Certiorari filed on September 30, 2025. 'daredeemer' is still awaiting a Case Number !!!  Ask Cross-

19  Defendant Scott Harris how much money will he extort from 'daredeemer' to provide a case number ?

20  " As Always A Prompt Qualified Response ( Stipulated Agreement ) Is Requested , Required, And

21  Demanded by 4:00 p.m. Monday , October 27, 2025. Signed by YOUR clients ( Rita Blandino, Juliet

22  Joann McKenna, and Michael Ryan ...).   President Donald John Trump , jr. 'teflon don ' has informed

23  'daredeemer' that da National Guards have been deputized ! AMEN AND AMEN

25  DATED: OCTOBER 26, 2025

    **KING** Adrian 'daredeemer' Victim , Attorney In Pro Se

# COURT OF APPEAL DISTRICT OF COLUMBIA

## CERTIFICATE OF SERVICE

**I AM ADRIAN DAMICO MOON,** served da following document:

**Emergency Motion for Orders to show cause Why Mob Boss Anna Elizabeth Blackburne-rigsby, Chrisellen R. Kolb and Caroline Van Zile should not be arrested and prosecuted under da charges to include but not limited to: Treason, Obstruction of Justice , and Profit Racketeering under da FEDERAL R.I.C.O. ACT ...** / Stipulation Agreement

On October 25, 2025 to da following **Cross-Defendants** :

**Mob Boss Anna Elizabeth Blackburne-rigsby**

**430 E street, NW Washington D.C. 20001**

Email : emergencyfillings@dcappeals.gov

        Efilinghelp@dcappeals.gov

**(202) 879-2700**

**Chrisellen R. Kolb  (202) 740-4809** chrisellen.r.kolb@usdoj.gov

**Caroline Van Zile (202) 740-4809**   caroline.vanzile@dc.gov

**Thomas Healy   (2 02) 638-6950**   healylaw@gmail.com

**Mark Moore Rollins (202) 455-4516** mark@rollinsandchan.com

**Ada Chan  (202) 455-5003**        ada@rollinsandchan.com

'daredeemer' certify that da following is true and correct

**Dated : October 25, 2025**

                    ✗Declarant